UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Planned Parenthood Southwest Ohio Region, et al., | : : : |
| Plaintiffs, | : Case No. 1:15-cv-00568 : : Judge Michael R. Barrett |
| vs. | : : |
| Amy Acton, in her official capacity as the Director of the Ohio Department of Health,[1] | : : : : |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's October 21, 2019 Report and Recommendation ("R&R"). (Doc. 136). Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections have been filed.

Accordingly, it is hereby **ORDERED** that the R&R (Doc. 136) is **ADOPTED** and, consistent with the findings of and recommendation by the Magistrate Judge, Plaintiffs' Motions for *In Camera* Review of a Sample of Defendant's Privilege Log Emails (Docs. 96, 111), to the extent that they remain pending, *see* (Doc. 120), are **DENIED as moot**, as Plaintiffs have received their requested *in camera* review and Court determination.

**IT IS SO ORDERED.**  _s/ Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court

---

[1] Amy Acton, M.D., MPH, became the Director of the Ohio Department of Health in February 2019 and, consequently, is automatically substituted as a party in this matter. *See* Fed. R. Civ. P. 25(d).