IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PLANNED PARENTHOOD SOUTHWEST OHIO REGION**, *et al.*, | : |
| Plaintiffs, | : Case No. 1:15-CV-568 |
| v. | : Judge Michael R. Barrett |
| **RICHARD HODGES**, *In his official capacity as the Director of the Ohio Department of Health,* | : |
| Defendant. | : |

## CALENDAR ORDER

Due to current social distancing guidelines in response to the COVID-19 pandemic, the Parties have rescheduled depositions that were set to take place on April 24, 2020. The Parties proposed an amended scheduling order. (Doc. 155).

For good cause shown, it is hereby ORDERED that the Court's Amended Calendar Order in this matter is further AMENDED to reflect that the case shall proceed as follows:

- Fact Discovery Cutoff—August 5, 2020
- Parties' Initial Disclosure of Experts and Reports—September 3, 2020
- Parties' Exchange Expert Rebuttal Reports—November 2, 2020
- Expert Discovery Cutoff—January 25, 2021
- Motions for Summary Judgment—April 5, 2021

**IT IS SO ORDERED.**

_/s Michael R. Barrett_____
Michael R. Barrett,
Judge United States District Court