# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **PLANNED PARENTHOOD OF OHIO SOUTHWEST REGION, et al.,** : | Case No. 1:15-cv-568 |
| : | |
| : | Judge Michael R. Barrett |
| **Plaintiffs,** : | |
| vs. : | |
| : | **NOTICE OF DEPOSITIONS** |
| **RICHARD HODGES,** : | |
| : | |
| **Defendants.** : | |

Plaintiffs give notice that the following depositions will be taken remotely by Plaintiffs' counsel. The depositions will be taken before a court reporter and notary public pursuant to the Federal Rules of Civil Procedure. The depositions shall continue from day to day until completed. All testimony shall be recorded by video and/or by stenographic means.

The parties agree that each party, each counsel for each party, and the court reporter may participate remotely via video conferencing. Counsel for the witnesses may participate remotely or in person with the witness. All exhibits that can be anticipated being used in advance of the deposition shall be emailed to all counsel, the witness, and the court reporter as far in advance as possible, but no later than 1 hour before the start of each deposition. The attorney proffering any exhibit shall make sure the court reporter has a copy of the exhibit. The parties agree that any exhibit not marked before the deposition may be marked by the court reporter after the deposition.

| Date | Time | Location | Deponent |
|---|---|---|---|
| May 27, 2020 | 9:00-11:00 a.m. | Remotely or Office of the Ohio Attorney General Constitutional Offices Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215 | Richard Hodges |

| | | | |
|---|---|---|---|
| May 27, 2020 | 12:30-2:30 p.m. | Remotely or Office of the Ohio Attorney General Constitutional Offices Section 30 East Broad Street, 16th Floor Columbus, Ohio 43215 | Lance Himes |

Respectfully submitted,

| | |
|---|---|
| Carrie Y. Flaxman<br>Planned Parenthood Federation of America<br>1110 Vermont Avenue, NW, Suite 300<br>Washington, DC 20005<br>(202) 973-4800<br>(202) 296-3480 (fax)<br>carrie.flaxman@ppfa.org<br>jennifer.keighley@ppfa.org<br>*Admitted Pro Hac Vice* | /s/Jennifer L. Branch<br>Jennifer L. Branch #0038893<br>*Trial Attorney for Plaintiffs*<br>Alphonse A. Gerhardstein #0032053<br>GERHARDSTEIN & BRANCH CO. LPA<br>441 Vine Street, Suite 3400<br>Cincinnati, OH 45202<br>(513) 621-9100<br>(513) 345-5543 (fax)<br>agerhardstein@gbfirm.com<br>jbranch@gbfirm.com<br>*Counsel for Plaintiffs Planned Parenthood Southwest Ohio Region and Women's Med Group Professional Corporation* |
| B. Jessie Hill #0074770<br>Cooperating Counsel for the ACLU of Ohio<br>Case Western Reserve Univ., School of Law<br>11075 East Boulevard<br>Cleveland, Ohio 44106<br>(216) 368-0553<br>(216) 368-2086 (fax)<br>bjh11@cwru.edu<br>*Co-Counsel for Women's Med Group Professional Corporation* | Julia Kaye<br>Brigitte Amiri<br>Elizabeth Watson<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 284-7358<br>(212) 549-2651 (fax)<br>jkaye@aclu.org<br>bamiri@aclu.org<br>ewatson@aclu.org<br>*Admitted Pro Hac Vice*<br>*Of-Counsel for Plaintiff Women's Med Group Professional Corporation* |
| Ruth E. Hartman #0078860<br>Michael E. Mumford #0073931 | Freda J. Levenson #0045916<br>ACLU of Ohio Foundation, Inc. |

| | |
|---|---|
| BAKER HOSTETLER LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>(216) 621-0200<br>(216) 696-0740 (fax)<br>mmumford@bakerlaw.com<br>rhartman@bakerlaw.com<br>*Attorneys for Plaintiff Women's Med Group Professional Corporation* | 4506 Chester Avenue<br>Cleveland, OH 44103<br>(216) 472-2220<br>(216) 472-2210 (fax)<br>flevenson@acluohio.org<br>*Of-Counsel for Plaintiff Women's Med Group Professional Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail and email upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Jennifer L. Branch
Trial Attorney for Plaintiffs
