**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHWEST OHIO REGION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD HODGES,<br><br>Defendant. | Case No.: 1:15-cv-568<br><br>Judge Michael R. Barrett |

**JOINT MOTION TO STAY PROCEEDINGS**

On October 16, 2020, the U.S. Court of Appeals for the Sixth Circuit upheld a Kentucky law requiring abortion facilities to obtain written transfer agreements with a hospital and transport agreements with an ambulance service. *EMW Women's Surgical Center, P.S.C. v. Friedlander*, No. 18-6161, 2020 WL 6111008 (6th Cir. Oct. 16, 2020). In doing so, it applied a new standard of review for abortion restrictions. Plaintiffs-Appellees in that case will seek rehearing from the en banc court of appeals, and their petition is due November 20, 2020.

The parties in this case are scheduled to exchange expert reports no later than November 5, 2020. However, because the ultimate outcome of *EMW Women's Center* and of any subsequent proceedings may affect this Court's analysis and decision in the instant case, both Plaintiffs and Defendants jointly move this Court to stay these proceedings while the appeal in *EMW Women's Center* remains pending.

The parties agree to meet and confer regarding the status of this case (1) within ten days after the time for filing a petition for certiorari to the U.S. Supreme Court in *EMW Women's Center* has elapsed, if no petition is filed; or (2) if a petition for certiorari is filed, within ten days

of the denial of that petition or, if certiorari is granted, within ten days of the final resolution of the Supreme Court merits proceedings. The parties agree to seek a status conference with this Court immediately after they have met and conferred.

A proposed order is attached.

November 3, 2020

Respectfully submitted,

/s/Jennifer L. Branch
Jennifer L. Branch # 0038893
*Trial Attorney for Plaintiffs*
Alphonse A. Gerhardstein # 0032053
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, OH 45202
(513) 621-9100
(513) 345-5543 (fax)
agerhardstein@gbfirm.com
jbranch@gbfirm.com
*Counsel for Plaintiff Planned Parenthood Southwest Ohio Region, Plaintiff Women's Med Group, Planned Parenthood of Greater Ohio, and T&S Management*

Ruth E. Hartman #0078860
Michael E. Mumford #0073931
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200
(216) 696-0740 (fax)
mmumford@bakerlaw.com
rhartman@bakerlaw.com
*Attorneys for Plaintiff Women's Med Group Professional Corporation*

Carrie Y. Flaxman
Julie Murray
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005

DAVE YOST
Ohio Attorney General

*s/ Heather L. Buchanan*
HEATHER L. BUCHANAN (0083032)
JULIE PFEIFFER (0069762)
ANN YACKSHAW (0090623)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, OH 43215-3428
Tel: 614-466-2872; Fax: 614-728-7592
heather.buchanan@ohioattorneygeneral.gov
julie.pfeiffer@ohioattorneygeneral.gov
ann.yackshaw@ohioattorneygeneral.gov

*Counsel for Defendant Amy Acton, in her official capacity as the Director of the Ohio Department of Health*

(202) 973-4800
(202) 296-3480 (fax)
carrie.flaxman@ppfa.org
julie.murray@ppfa.org
*Admitted Pro Hac Vice*
*Co-counsel for Plaintiff Planned Parenthood Southwest Ohio Region and Planned Parenthood of Greater Ohio*

Julia Kaye
Elizabeth Watson
Rachel Reeves
Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7358
(212) 549-2651 (fax)
jkaye@aclu.org
ewatson@aclu.org
rreeves@aclu.org
bamiri@aclu.org
*Admitted Pro Hac Vice*
*Of-Counsel for Plaintiff Women's Med Group Professional Corporation*

Freda J. Levenson #0045916
Elizabeth Bonham #0093733
ACLU of Ohio Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
(216) 472-2220
(216) 472-2210 (fax)
flevenson@acluohio.org
ebonham@acluohio.org
*Of-Counsel for Plaintiff Women's Med Group Professional Corporation*

B. Jessie Hill #0074770
Cooperating Counsel for the ACLU of Ohio
Case Western Reserve Univ., School of Law
11075 East Boulevard
Cleveland, Ohio 44106
(216) 368-0553
(216) 368-2086 (fax)
bjh11@cwru.edu

*Co-Counsel for Women's Med Group Professional Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Ohio by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/Jennifer L. Branch
Jennifer L. Branch # 0038893
*Trial Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

PLANNED PARENTHOOD SOUTHWEST OHIO REGION, et al.

Plaintiffs,

v.

RICHARD HODGES,

Defendant.

Case No.: 1:15-cv-568

Judge Michael R. Barrett

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

The Court, having considered the parties' Joint Motion to Stay Discovery (Doc. __) pending final disposition of all appeals and petitions for certiorari in *EMW Women's Surgical Center, P.S.C. v. Friedlander*, No. 18-6161, hereby ORDERS that the motion is GRANTED.

The parties shall meet and confer regarding the status of this case (1) within ten days after the time for filing a petition for certiorari to the U.S. Supreme Court in *EMW Women's Center* has elapsed, if no petition is filed; or (2) if a petition for certiorari is filed, within ten days of the denial of that petition or, if certiorari is granted, within ten days of the final resolution of the Supreme Court merits proceedings. The parties shall contact the Court to schedule a status conference immediately after they have met and conferred.

IT IS SO ORDERED.