IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PLANNED PARENTHOOD SOUTHWEST OHIO REGION, et al.,** | : | Case No. 1:15-cv-568 |
| | : | |
| | : | **Judge Michael R. Barrett** |
| *Plaintiffs*, | : | |
| vs. | : | |
| | : | |
| **BRUCE T. VANDERHOFF, M.D.,** | : | **PLAINTIFFS' MOTION FOR** |
| | : | **SUMMARY JUDGMENT** |
| *Defendant*. | : | |

## MOTION

Pursuant to this Court's Calendar Order (May 20, 2022), Plaintiffs hereby move for summary judgment against Defendant under Federal Rule of Civil Procedure 56 on the grounds that there is no genuine issue of material fact as to Plaintiffs' claims, and Plaintiffs are entitled to judgment as a matter of law that the Written Transfer Agreement ("WTA") Requirement, Ohio Rev. Code Ann. §§ 3702.303-04(A); Ohio Admin. Code § 3701-83-14(C); Public Hospital Ban, Ohio Rev. Code Ann. § 3727.60; and Automatic Suspension Provision, *id.* § 3702.309(A), are unconstitutional. Plaintiffs have a constitutionally protected property interest in both the continued operation of their facilities and the continued possession of their facilities' Ambulatory Surgical Facility licenses. *See Women's Med. Prof'l Corp. v. Baird*, 438 F.3d 595 (6th Cir. 2006). The undisputed evidence proves that 1) the WTA Requirement and Public Hospital Ban unconstitutionally delegate authority to determine Plaintiffs' property interest to private parties (Pls.' Third Am. Compl. ¶¶ 138-39, ECF No. 177 ("Am. Compl.")); 2) the Automatic Suspension Provision unconstitutionally deprives Plaintiffs of their protected property interests without affording them any procedural protections (Am. Compl. ¶¶ 140-41); and 3) the WTA Requirement and the Ohio Department of Health's enforcement thereof unconstitutionally threaten to deprive

1

Plaintiffs of their protected property interests without affording them fair notice of what the law requires and adequate procedural protections (Am. Compl. ¶¶ 142-43).

Dated: July 29, 2022

Respectfully submitted,

|  |  |
|---|---|
|  | /s/ B. Jessie Hill |
| CARRIE Y. FLAXMAN<br>Planned Parenthood Federation of America<br>1110 Vermont Avenue, NW, Suite 300<br>Washington, DC 20005<br>(202) 973-4800<br>(202) 296-3480 (fax)<br>carrie.flaxman@ppfa.org<br>*Admitted Pro Hac Vice*<br>*Co-counsel for Plaintiff Planned Parenthood Southwest Ohio Region* | B. JESSIE HILL #0074770<br>*Trial Attorney for Plaintiffs*<br>Cooperating Counsel for the ACLU of Ohio<br>Case Western Reserve Univ., School of Law<br>11075 East Boulevard<br>Cleveland, Ohio 44106<br>(216) 368-0553<br>(216) 368-2086 (fax)<br>bjh11@cwru.edu<br>*Counsel for Plaintiff Planned Parenthood Southwest Ohio Region and Plaintiff Women's Med. Group Professional Corporation* |
| MELISSA COHEN<br>Planned Parenthood Federation of America<br>123 William Street, Floor 9<br>New York, NY 10038<br>Telephone: (212) 541-7800<br>Fax: (212) 247-6811<br>melissa.cohen@ppfa.org<br>*Admitted Pro Hac Vice*<br>*Co-counsel for Plaintiff Planned Parenthood Southwest Ohio Region* | RACHEL REEVES<br>BRIGITTE AMIRI<br>KYLA EASTLING*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 284-7358<br>(212) 549-2651 (fax)<br>rreeves@aclu.org<br>bamiri@aclu.org<br>keastling@aclu.org<br>*Admitted Pro Hac Vice*<br>*\*Admission for Pro Hac Vice forthcoming*<br>*Of-Counsel for Plaintiff Women's Med. Group Professional Corporation* |
| FREDA J. LEVENSON #0045916<br>ACLU of Ohio Foundation, Inc.<br>4506 Chester Avenue<br>Cleveland, OH 44103<br>(216) 472-2220<br>(216) 472-2210 (fax)<br>flevenson@acluohio.org<br>*Counsel for Plaintiff Planned Parenthood Southwest Ohio Region and Plaintiff Women's Med. Group Professional Corporation* |  |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail and email upon all parties for whom counsel has not entered an appearance electronically.

/s/ B. Jessie Hill
*Attorney for Plaintiffs*