UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **PLANNED PARENTHOOD** **SOUTHWEST OHIO REGION,** *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | Case No. 1:15-cv-568 : : |
| **BRUCE VANDERHOFF,** et al., *In his official capacity as the Director of the Ohio Department of Health*, | Judge Michael R. Barrett : : : : |
| Defendants. | : : |

## NOTICE OF WITHDRAWAL FROM CASE OF CARRIE Y. FLAXMAN AS ATTORNEY FOR PLAINTIFF PLANNED PARENTHOOD SOUTHWEST OHIO REGION

Pursuant to Local Rule 83.4(c)(3), Carrie Y. Flaxman hereby gives notice of her withdrawal as an attorney for Plaintiff Planned Parenthood Southwest Ohio Region in this action. Ms. Flaxman left her employment at Planned Parenthood Federation of America on July 13, 2023. Planned Parenthood of Southwest Ohio Region is represented by Melissa Cohen and B. Jessie Hill, and they will remain as counsel in this case.

This withdrawal is made with the client's knowledge and consent.

Respectfully submitted,


*/s/ Carrie Y. Flaxman*
Carrie Y. Flaxman
Planned Parenthood Federation of America
1110 Vermont Ave., NW, Suite 300
Washington, D.C. 20005
(202) 803-4045
(202) 296-3480 (fax)
carrie.flaxman@ppfa.org
*Admitted pro hac vice*

*Counsel for Plaintiff Planned Parenthood Southwest Ohio Region*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2023, the foregoing was electronically filed via the Court's e-filing system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Carrie Y. Flaxman*
Carrie Y. Flaxman*

*Admitted pro hac vice*
